IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2026 MAY 19 PM 4: 07

OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

GEOVANY VELASQUEZ-AVILA, aka
Geovany Israel Velasquez Avila,

Defendant.

8:26CR87

INDICTMENT
8 U.S.C. § 1326(a)

The Grand Jury charges that

## COUNT I

On or about May 12, 2026, in the District of Nebraska, the defendant, GEOVANY VELASQUEZ-AVILA, aka Geovany Israel Velasquez Avila, an alien, who previously had been excluded, deported, and removed from the United States to Guatemala, was found in the United States, without the Acting Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3), (4), and 557), having expressly consented to defendant's reapplication for admission into the United States.

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA,

LESLEY A. WOODS
United States Attorney
District of Nebraska

LYNAE A. TUCKER-CHELLEW, NE#27521
Assistant U.S. Attorney